No. 217. JOHNNIE REB'S BOOK & CARD SHOP ET AL. *v.* SLATON ET AL. Affirmed on appeal from D. C. N. D. Ga. *Younger* v. *Harris, ante,* p. 37; and *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE DOUGLAS dissents from affirmance.

No. 5462. PORTER *v.* KIMZEY ET AL. Affirmed on appeal from D. C. N. D. Ga. *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. MR. JUSTICE DOUGLAS dissents from affirmance.

No. 5952. GEIGER *v.* JENKINS ET AL. Affirmed on appeal from D. C. N. D. Ga. *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66.

No. 236. CAMPBELL, COMMISSIONER OF AGRICULTURE OF GEORGIA, ET AL. *v.* LEWIS. Affirmed on appeal from C. A. 5th Cir. *Campbell* v. *Hussey,* 368 U. S. 297. MR. JUSTICE BLACK and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 1250. STARNS ET AL. *v.* MALKERSON ET AL. Affirmed on appeal from D. C. Minn. MR. JUSTICE WHITE is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 5412. BROWN *v.* FALLIS, DISTRICT ATTORNEY OF TULSA COUNTY, ET AL. Appeal from D. C. N. D. Okla. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment affirmed, *Younger* v. *Harris, ante,* p. 37. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.